UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



RECEIVED AUG 1 8 2025 PRO SE OFFICE

**25 CV 6819**

SHANICE MCDONALD,
Plaintiff,

-vs-

JETBLUE AIRWAYS CORPORATION,
Defendant.

Case No.:
Jury Trial Demanded: Yes

COMPLAINT

I. INTRODUCTION

1. This is a civil action for disability discrimination, failure to accommodate, retaliation, and wrongful termination in violation of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12101 et seq. ("ADA").

II. JURISDICTION AND VENUE

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff raises claims under the ADA.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in the Southern District of New York, where JetBlue maintains offices and operations.

III. PARTIES

4. Plaintiff, Shanice McDonald, is a resident of New York, New York. She was employed by JetBlue at JFK Airport in Queens, New York, which falls within this District.

5. Defendant, JetBlue Airways Corporation, is a domestic airline headquartered in Long Island City, Queens, New York. It conducts substantial business within this District.

## IV. FACTUAL BACKGROUND

6. Plaintiff began employment with JetBlue in or around April 2022 as a ramp agent working under various operational departments.

7. On or about October 21, 2022, while on duty, Plaintiff sustained a work-related injury on JetBlue premises, later substantiated as a 25% permanent partial disability, as detailed in medical documentation from Dr.Shusterman, available upon request.

8. Plaintiff filed a workers' compensation claim that was approved, further establishing JetBlue's awareness of her disability.

9. Over the following months, Plaintiff made multiple good faith efforts to obtain reasonable accommodations, including modified or light duty, and/or protected medical leave under the ADA.

10. Despite clear documentation and notice, JetBlue failed to engage in the interactive process and began retaliating through performance write-ups, increased scrutiny, and eventual suspension.

11. JetBlue wrongfully terminated Plaintiff on or around August 23, 2024, citing pretextual reasons and ignoring her ADA protections and active disability status.

12. Plaintiff's termination occurred shortly after JetBlue received internal reminders and medical documentation of her condition.

13. As a direct result of Defendant's conduct, Plaintiff suffered emotional distress, financial hardship, and reputational harm.

14. Plaintiff exhausted all administrative remedies, including filing a charge with the EEOC and receiving a Notice of Right to Sue.

## V. CLAIMS FOR RELIEF

Count 1 – Disability Discrimination (ADA)
15. Defendant failed to provide reasonable accommodations for Plaintiff's known disability, in violation of 42 U.S.C. § 12112(b)(5)(A).

Count 2 – Retaliation (ADA)
16. Defendant retaliated against Plaintiff for asserting rights under the ADA, including by suspending and ultimately terminating her following protected activity.

Count 3 – Wrongful Termination in Violation of Public Policy
17. Defendant's termination of Plaintiff was unlawful and contrary to the public policy embodied in federal disability laws.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:
- Declaratory judgment that Defendant JetBlue Airways Corporation violated Plaintiff's rights under the ADA, FMLA, and related anti-retaliation laws;
- Reinstatement to Plaintiff's former position or to a comparable position with equal pay, benefits, and seniority;
- Backpay, including all lost wages, benefits, and compensation;
- Front pay, if reinstatement is not feasible;
- Compensatory damages for emotional distress, reputational harm, and pain and suffering;
- Punitive damages to deter and punish Defendant's willful and malicious conduct;
- Out-of-pocket expenses, including therapy, medical, and related financial losses;
- Attorney's fees and litigation costs, if and when counsel is retained;
- Costs of suit, including all court and mailing expenses;
- Pre-judgment and post-judgment interest;
- Such other legal or equitable relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VIII. SIGNATURE

Respectfully submitted,

Shanice McDonald
10460 Queens Blvd, Apt 4P
Forest Hills, NY 11375
(347) 644-4432
shanicelondonn@gmail.com
Pro Se Plaintiff

Dated: August 7, 2025

**CERTIFIED MAIL**

9589 0710 5270 1829 9058 49

FROM:
SHANICE WOODARD
10460 QUEENS BLVD (4P)
FOREST HILS, NY, 11375

TO:
PRO SE INTAKE UNIT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, ROOM 200
NEW YORK, NEW YORK 10007



RECEIVED
AUG 18 2025
PRO SE OFFICE
USMS SDNY